# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| FRANCIS MARTINEZ,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>THE BON-TON DEPARTMENT STORES, INC.,<br><br>　　Defendant. | Case No. 2:16-cv-00266<br>Hon. Rudy Lozano |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, stipulate and agree to the dismissal of Plaintiff's Complaint, and all claims made therein, against Defendant in its entirety with prejudice and without costs or fees to either party.

**IT IS SO STIPULATED:**

Dated: November 12, 2016        /s/ George T. Blackmore
　　　　　　　　　　　　　　　By: George T. Blackmore, Esq.
　　　　　　　　　　　　　　　　　21411 Civic Center Drive, Suite 200
　　　　　　　　　　　　　　　　　Southfield, MI 48076
　　　　　　　　　　　　　　　　　Email: george@cnalawgroup.com
　　　　　　　　　　　　　　　　　Telephone: (248) 845-8594
　　　　　　　　　　　　　　　　　Fax: (480) 999-0665
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

Dated: November 12, 2016        /s/ Richard L. Hackman
　　　　　　　　　　　　　　　By: Richard L. Hackman, Esq.
　　　　　　　　　　　　　　　　　BARLEY SNYDER
　　　　　　　　　　　　　　　　　100 East Market Street
　　　　　　　　　　　　　　　　　York, PA 17401
　　　　　　　　　　　　　　　　　Email: rhackman@barley.com
　　　　　　　　　　　　　　　　　Phone: (717) 852-4978
　　　　　　　　　　　　　　　　　Fax: (717) 843-8492
　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Richard L. Hackman, Esq.
>BARLEY SNYDER
>100 East Market Street
>York, PA 17401
>Email: rhackman@barley.com
>Attorney for Defendants

There are no non CM/ECF participants.

>/s/ George T. Blackmore
>George T. Blackmore, Esq.